UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Sherri Michelle Gore**　　　　　　　　　　　　　　　　**Docket No. 7:10-CR-154-1D**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Sherri Michelle Gore, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on June 21, 2011, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Sherri Michelle Gore was released from custody on August 15, 2013, at which time the term of supervised release commenced.

On April 16, 2014, the court was apprized the releasee had been charged with No Operator's License on February 13, 2014, and had used cocaine on March 7, 2014. The court modified the releasee's conditions to include 24 hours of community service as a sanction. The releasee's treatment and urine surveillance were intensified.

On July 11, 2014, the releasee submitted a urine specimen that revealed positive results for cocaine and morphine. The court agreed to hold the violation in abeyance to allow the releasee to participate in both mental health and substance abuse treatment. The releasee was admonished for her behavior.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 31, 2015, the releasee submitted to a urine screen which revealed a positive result for morphine. This result was confirmed by Alere Laboratories on April 15, 2015. Upon confronting the releasee she admitted to taking a Tylenol 3 with codeine for pain associated with her Crohn's Disease. This officer is aware that the releasee has previously been diagnosed with Crohn's Disease and has taken medications in the past to help with pain. The releasee gave a written statement to the probation officer that she could not afford to fill her own prescriptions so she took medicine from a friend.

The releasee has been unemployed for several months. She was the primary caretaker of her sick father until he passed away on January 24, 2015. Because of her stressful financial situation she has been unable to get her prescriptions re-filled for her Crohn's Disease. She is starting a new job next week and should be able to get her prescriptions filled as needed. She has been warned that she cannot take medications not prescribed to her.

As a sanction for her behavior and to provide deterrence from future illegal drug use, it is recommended that the releasee serve two (2) days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Sherri Michelle Gore
Docket No. 7:10-CR-154-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: April 30, 2015

### ORDER OF THE COURT

Considered and ordered this __5__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge