UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-154-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERRI MICHELLE GORE | ORDER TO SEAL MOTION |

On motion of defendant, Sherri Michelle Gore, and for good cause shown, it is hereby ORDERED that the defendant's Motion for Release be sealed until further notice by this Court. Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

So ORDERED, this __22__ day of July, 2015.

James C. Dever, III
Chief United States District Judge